# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:21-CR-144-RJC-DSC-1 *SEALED*

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| ALEJANDRO GUERRA, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal" (Document No. 5) filed May 19, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government reports that this case no longer needs to be sealed because Defendant has been indicted by the Grand Jury. (Document No. 5).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal" (Document No. 5) is **GRANTED**. The Clerk of Court is directed to **UNSEAL** this case, including: the Criminal Complaint, the Arrest Warrant, the Motion To Seal, and this Order.

**SO ORDERED**.

Signed: May 20, 2021

David C. Keesler
United States Magistrate Judge